UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ June 10, 2026
```

JASON BAE,

                    Petitioner,

          -against-

QUANTUM COMPUTING, INC., et al.,

                    Respondents.

26-CV-04736 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On June 4, 2026, Petitioner filed a petition to confirm an arbitration award.  Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006).  Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **June 22, 2026**.  Respondent's opposition, if any, is due on **July 6, 2026**.  Petitioner's reply, if any, is due **July 13, 2026**.

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **June 22, 2026**, and shall file an affidavit of such service with the Court no later than **June 23, 2026**.

Dated:  June 10, 2026
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge